Robert A. Anderson, ISB No. 2124
ANDERSON, JULIAN & HULL LLP
C. W. Moore Plaza
250 South Fifth Street, Suite 700
P. O. Box 7426
Boise, ID 83707-7426
Telephone: (208) 344-5800
Facsimile: (208) 344-5510
E-mail: raanderson@ajhlaw.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF IDAHO

| | |
|---|---|
| **MICHAEL BOTAI and JENNIFER BOTAI**, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>**SAFECO INSURANCE COMPANY OF ILLINOIS**, an Illinois corporation<br><br>Defendant. | Kootenai County District Court<br>Case No. CV 2014-7149<br><br>**NOTICE OF REMOVAL**<br><br>**Filing Fee: $400.00** |

REMOVAL FROM DISTRICT COURT TO U.S. DISTRICT COURT

TO:   PLAINTIFFS AND THEIR ATTORNEY OF RECORD, DUNN BLACK & ROBERTS, P.S., and THE CLERK OF ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1441 and 1446, the Defendant, SAFECO INSURANCE COMPANY OF ILLINIOS, hereby removes the above-entitled cause of action from the District Court of the First Judicial District of the

**NOTICE OF REMOVAL** - 1

State of Idaho, in and for the County of Kootenai, to the United States District Court for the District of Idaho, based on the following grounds:

FIRST: That SAFECO INSURANCE COMPANY OF ILLINOIS is the Defendant in Civil Case No. CV 2014-7149 brought against it in the District Court of the First Judicial District of the State of Idaho, in and for the County of Kootenai, entitled *Michael Botai and Jennifer Botai v. Safeco Insurance Company of Illinois*. A copy of the Summons, Complaint, and Notice of Summons and Complaint in that action is attached hereto, together with a copy of the state court docket, and constitutes all process, pleadings and orders served upon Defendant in such action.

SECOND: That the aforementioned suit was commenced by service of a summons and complaint on the Defendant on October 6, 2014.

THIRD: That the Plaintiff in the above-entitled action is a citizen of the State of Idaho; but that the Defendant in the above-entitled action is a foreign corporation with its state of incorporation and principal place of business located outside Idaho.

FOURTH: That the amount in controversy exceeds $75,000. Specifically, Plaintiffs' action seeks to recover economic damages which, pursuant to the Plaintiffs' pre-litigation demands and correspondence, have been revealed to be in far excess of $75,000.

FIFTH: That the controversy herein between the Plaintiffs and the Defendant involves parties which are citizens of different states where the amount in controversy exceeds $75,000 giving rise to jurisdiction in the federal district court pursuant to 28 U.S.C. § 1332.

**NOTICE OF REMOVAL** - 2

WHEREFORE, Defendant prays that this cause proceed in the United States District Court for the District of Idaho as an action properly removed thereto.

DATED this 21st day of October, 2014.

ANDERSON, JULIAN & HULL LLP

By_____
Robert A. Anderson, Of the Firm
Attorneys for Defendant

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of October, 2014, I served a true and correct copy of the foregoing **NOTICE OF REMOVAL** by delivering the same to each of the following attorneys of record, by the method indicated below, addressed as follows:

| | | |
|---|---|---|
| Kevin W. Roberts | [ ] | U.S. Mail, postage prepaid |
| Adam J. Chambers | [ ] | Hand-Delivered |
| DUNN BLACK & ROBERTS, P.S. | [ ] | Overnight Mail |
| 111 North Post, Suite 300 | [✓] | Facsimile |
| Spokane, WA 99201 | | |
| Tel: (509)455-8711 | | |
| Fax: (509)455-8734 | | |
| *Attorneys for Plaintiffs* | | |

_____
Robert A. Anderson

**NOTICE OF REMOVAL** - 3